UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

YAHKIMA GOMEZ-KA'DAWID, 04A0515,

        Plaintiff,

    -v-                                    08-CV-6530Fe
                                                      **ORDER**
T. EAGEN, Director of C.O.R.C.,
K. BELLAMY, Assistant Director of
C.O.R.C., LESTER WRIGHT, Asst. Deputy
Commissioner, DR. DEACEVEDO,
DR. JANE DOE, DR. WHALEN,
MR. B. LECUYER, Head Nurse
Practitioner, MS. WREST, Nurse
Practitioner, MS. OBERTEAN, Nurse
Practitioner, R. WOODS, Superintendent,
Lieutenant LAREAU, Sergeant R. LYNCH,
Sergeant P. WEST, Sergeant MENARD,
C.O. G. DELANEY, C.O. MARTIN,
C.O. TYLER, and Rabbi FRIEDMAN,

        Defendants.
_____



    The Court has been advised by Assistant Attorney General Ralph Pernick that Counsel's Office for the Department of Correctional Services will accept service on behalf of defendant Tichenor (Jane Doe 2) (Docket No. 18).

    The Clerk of the Court is directed to issue a summons and cause the United States Marshal to serve a copy of the Summons, Complaint, and this Order on defendant Tichenor (Jane Doe 2) at the following location: Counsels' Office, New York State Department of Correctional Services, Building 2, 1220 Washington Avenue, Albany, New York 12226-2050 without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendant is directed to answer the complaint.

**IT IS SO ORDERED.**

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated: 7/21, 2010
Rochester, New York